### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cr-80069-Rosenberg/Reinhart

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**ALI EMAD ATIEH,**
   a/k/a "@The PaliAlawi,"
   a/k/a "@The PaliAlawii,"

   **Defendant.**
_____/

FILED BY SP D.C.

MAY 15 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### INDICTMENT

The Grand Jury charges that:

On or about January 6, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ALI EMAD ATIEH,**
**a/k/a "@ThePaliAlawi,"**
**a/k/a "@ThePaliAlawii,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is, a United States Senator, in a message posted on a social media platform sent through the Internet, the defendant stated, in part, that "… I have your locations doxxed I can get around your security guards I have the best access to your window ... I'm gonna murder you and I'm gonna start with your children you [expletive] you watch me I'm coming for you. We will kill all of you America sellouts" [sic], with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALI EMAD ATIEH, a/k/a "@ThePaliAlawi," a/k/a "@ThePaliAlawii,"** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 25-cr-80069-Rosenberg/Reinhart

v.

ALI EMAD ATIEH,
a/k/a "@The PaliAlawi,"
a/k/a "@The PaliAlawii,"

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)
   I   ☑ 0 to 5 days                        ☐ Petty
   II  ☐ 6 to 10 days                       ☐ Minor
   III ☐ 11 to 20 days                      ☐ Misdemeanor
   IV  ☐ 21 to 60 days                      ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: *Mark Dispoto*

Mark Dispoto
Assistant United States Attorney
SDFL Court ID No.   A5501143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   ALI EMAD ATIEH

Case No:   25-cr-80069-Rosenberg/Reinhart

Count #1:

Transmission in Interstate Commerce of Communication Containing Threat

Title 18, United States Code, Section 875(c)
* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: 3 years
* Max. Fine:  $250,000. 18 U.S.C. § 3571(b)(3).

Count #:



* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.